# United States Court of Appeals
# for the Federal Circuit

---

June 6, 2017

**ERRATA**

---

Appeal No. 2017-1165

**SAMUEL VONZELL GORDON,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

Decided: May 25, 2017
Non-Precedential Opinion

---

Please make the following change:

On page 19, line 11, change "We need do that" to "We need not do that."